464

[redacted]

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur; Herlihy, J., concurs in the result, in the following memorandum: I concur in the finding of the majority on the sole ground that recent heart cases have decided that the performance of causally related strenuous physical work, although the ordinary and regular job activity, is sufficient to constitute a heart accident. That being the test, a "push cat" operator engaged in heavy construction work, such as described in the majority decision, meets the required standards. (See *Matter of Domash* v. *Standard Coat, Apron & Linen Serv.*, 11 A D 2d 575, 576, affd. 9 N Y 2d 889; *Matter of Sczesniak* v. *Whitney*, 12 A D 2d 366, 368; *Matter of Schecter* v. *State Ins. Fund*, 6 N Y 2d 506.) In my opinion, the finding of the board of "emotional tensions on the job" was not supported by substantial evidence.

■ In the Matter of JOSEPH R. CAFARELLA, an Attorney, Respondent. SCHENECTADY COUNTY BAR ASSOCIATION, Petitioner.—

[redacted]

Bergan, P. J., Herlihy, Reynolds and Taylor, JJ., concur.

■ (A) In the Matter of CHARLES R. WAINWRIGHT, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant. (B) In the Matter of the Claim of EDITH

LEE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) EDNA SKEENS, as Administratrix of the Estate of MAC H. SKEENS, Deceased, Respondent, v. INTERNATIONAL HARVESTER COMPANY, Appellant, et al., Defendant. (D) JENNIE STRAUF, as Administratrix of the Estate of CLARENCE M. STRAUF, Deceased, Respondent, v. INTERNATIONAL HARVESTER COMPANY, Appellant, et al., Defendant. (E) In the Matter of the Claim of MARJORIE DRACH, Respondent. BUFFALO CHINA, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (F) In the Matter of the Claim of ROSE M. BORKOWSKI, Respondent. BUFFALO CHINA, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (G) In the Matter of the Claim of JOSEPH COSTANZO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (H) In the Matter of the Claim of VIOLA VAUGHAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (I) In the Matter of the Claim of GABRELLA GREENBLATT, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (J) In the Matter of the Claim of CHRIST LE MARCUS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (K) In the Matter of the Claim of LOUIS C. HEAD, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (L) VIOLA M. ROMEO et al., Appellants, v. JOHN HARANEK, Respondent. (M) RALPH LE ROY WILLIAMS, an Infant, by RALPH WILLIAMS, His Guardian ad Litem, et al., Appellants, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT NO. 1 OF THE TOWN OF NEW PALTZ, et al., Respondents. RALPH LE ROY WILLIAMS, Appellant, v. LAWRENCE JOHNSON, Respondent. (N) RICHARD STAZIO, Plaintiff, v. FIENBERG FURNITURE COMPANY, INC., et al., Defendant. (O) CHARLES F. STACCIO, Individually and as Guardian ad Litem of CHARLES P. STACCIO, an Infant, Respondent, v. ST. MARY'S BENEVOLENT ASSOCIATION OF KINGSTON, INC., et al., Appellants. (P) In the Matter of the Claim of HELEN J. COX, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Q) In the Matter of the Claim of DOROTHY FEDERMAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (R) In the Matter of the Claim of FLORENCE HILBIG, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ORLO F. FAIRFIELD, Appellant.— Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

(A) In the Matter of the Claim of FRANK PRENTKY, Appellant, v. CASINO NOVELTY & EMBROIDERY COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of WALTER R. WATSON, JR., Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) In the Matter of the Claim of DOROTHY JOHNSON, Appellant, v. PLOTMAR REALTY CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—
Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WINFIELD I. NICHOLSON, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LYLE GREEN, Appellant.—